IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JERRY WOODARD and | ) | CASE NO. BK08-81390-TLS |
| TAMMIE CAMPBELL-WOODARD, | ) | |
| | ) | A08-8037-TLS |
| Debtor(s). | ) | |
| UNITED STATES OF AMERICA, | ) | 8:07CV377 |
| | ) | |
| Plaintiff, | ) | CH. 7 |
| | ) | |
| vs. | ) | |
| | ) | |
| TAMMIE E. CAMPBELL-BUICK, n/k/a | ) | |
| TAMMIE E. CAMPBELL-WOODARD, a/k/a | ) | |
| TAMMIE E. CAMPBELL; JERRY | ) | |
| WOODARD; STATE OF NEBRASKA ex rel. | ) | |
| DEPARTMENT OF HEALTH & HUMAN | ) | |
| RESOURCES, CHILD SUPPORT | ) | |
| ENFORCEMENT DIVISION; and DENISE | ) | |
| KEAVY for the benefit of minor child S.A.K., | ) | |
| | ) | |
| Defendants. | ) | |

REPORT & RECOMMENDATION

This matter is before the court on its own motion.

The United States filed this lawsuit in federal district court in September 2007 to foreclose real estate mortgages it holds as security in connection with a Rural Housing loan made to debtor Tammie Campbell-Woodard and her former husband. The district court entered a default judgment and decree of foreclosure and order of sale on February 15, 2008, against Tammie Campbell-Woodard, Jerry Woodard, and Denise Keavy. A sale of the property by the U.S. Marshal was scheduled for June 4, 2008, but was cancelled after the debtors filed their bankruptcy petition on May 30, 2008. The case was then transferred to this court for further proceedings.

The bankruptcy case has now been completed and closed, so the automatic stay is no longer in effect and the foreclosure litigation may go forward. I respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED: May 10, 2010

                                                RESPECTFULLY SUBMITTED,

                                                /s/ Thomas L. Saladino
                                                Chief Judge

Notice given by the Court to:
    Office of General Counsel USDA - Rural Development
    Laurie M. Barrett
    Jennifer D. Joakim
    U.S. Trustee