IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>JERRY WOODARD and<br>TAMMIE CAMPBELL-WOODARD,<br><br>              Debtor(s)<br><br>UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>TAMMIE E. CAMPBELL-BUICK, n/k/a TAMMIE E. CAMPBELL-WOODWARD, a/k/a TAMMIE E. CAMPBELL; JERRY WOODARD; STATE OF NEBRASKA ex rel., DEPARTMENT OF HEALTH & HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION; and DENISE KEAVY for the benefit of minor child S.A.K.,<br><br>              Defendants. | CASE NO. BK08-81390-TLS<br><br>A08-8037-TLS<br><br>8:07CV377<br><br>CH 7<br><br>ORDER |

      This matter is before the court on the Report and Recommendation of Chief Bankruptcy Judge Thomas L. Saladino, Filing No. 26.  There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2).  The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

      IT IS ORDERED:

      1.  The Report and Recommendation of Chief Bankruptcy Judge Thomas L. Saladino, Filing No. 26, is adopted in its entirety.

      2.  The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn.

      3.  This case is referred to Magistrate Judge Thomas D. Thalken for further progression of the matter.

      DATED this 27th day of July, 2010.

      BY THE COURT:

      s/ Joseph F. Bataillon
      Chief United States District Judge