# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV377 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TAMMIE E. CAMPBELL-BUICK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon referral by the Honorable Joseph F. Bataillon for progression subsequent to withdrawal of the case from the Bankruptcy Court for the District of Nebraska.

**IT IS ORDERED:**

The plaintiff shall have to **on or before August 5, 2010**, to submit a status report detailing the current posture of this matter.

Dated this 27th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge